## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| KAREN KEVINS, | ) | Case No.: | 07-09788 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Manuel Barbosa |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from September 27, 2007 through preparation of Applicant's current Final Fee Application, September 4, 2009. The Application represents 5.7 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $1,786.50 and $0.00 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on May 31, 2007 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On October 4, 2007, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel, *nunc pro tunc* to August 13, 2007. The hourly rates of Applicant is competitive with the rates charged in this market by

**EXHIBIT F-1**

professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.   CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed her Chapter 7 proceeding on May 31, 2007.  The Debtor's Statement of Financial Affairs listed a payment of $10,000 (hereinafter "Preference Payment")to Karl Kirschenman made the month before the bankruptcy was filed.  The Trustee sent a demand letter to Mr. Kirschenman for turnover of the Preference Payment.   In response, Mr. Kirschenman provided the Trustee with alleged defenses as well as documentation.  The Trustee accepted the defenses as valid for purposes of settling the matter.    The Trustee and Mr. Kirschenman negotiated and reached a compromise in the total amount of $5,600, payable by Mr. Kirschenman in a lump sum of $1,000.00 and then monthly payments to the estate of $383.00 until the remaining balance was paid in full.

On May 1, 2008, Applicant prepared and filed the Motion for Approval of Compromise and Settlement of the Preference Payment.  On May 22, 2008, the Court entered an Order Approving the Compromise and Settlement.

The Trustee reviewed the claims and only one objection was necessary.  On August 5, 2009, Applicant prepared and filed an Objection to Claim 5.  On August 20, 2009, an Order disallowing the claims was entered.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

On February 9, 2009, the Trustee paid International Sureties the amount of $3.26 as and for the estate's portion of the Trustee's bond.  No other disbursements have been made.  As of September 4, 2009, there remains $5,678.91 in the Estate account.   The accrued unpaid administrative expenses include the Trustee's compensation, and Applicant's pending Fee Application.  Subject to Court approval, the estimated total amount of such unpaid administrative expenses is estimated to be $3,104.72.  The total of allowed unsecured claims is $86,322.77 and it is estimated that unsecured creditors will receive a 2.98% distribution.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "F-1".

**EXHIBIT F**

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $1,786.50 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: September 4, 2009                Respectfully Submitted,
                                       APPLICANT
                                       Thomas E. Springer, Trustee

                                       BY: Springer, Brown, Covey, Gaertner & Davis, LLC


                                       By:____/s/ Thomas E. Springer_____
                                             Thomas E. Springer
                                             One of His Attorneys

Thomas E. Springer (ARDC #6207761)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000

**EXHIBIT F**

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 09/27/07 | Draft Motion to Employ Counsel to the Trustee, Notice and proposed Order | 0.80 | $260.00 | TES |
| 10/04/07 | Court appearance on Motion to Employ Counsel and Broker | 0.50 | $162.50 | TES |
| 05/01/08 | Draft motion for approval of compromise, proposed order and notice | 1.20 | $390.00 | TES |
| 05/22/08 | Court appearance on Motion for Approval of Compromise | 0.50 | $162.50 | TES |
| 08/05/09 | Draft Objection to Claim 5, Notice and proposed order | 1.00 | $295.00 | MMS |
| 08/20/09 | Court appearance on Objection to Claim | 0.50 | $162.50 | TES |
| 09/04/09 | Draft Final Fee Application as Counsel to the Trustee | 1.20 | $354.00 | MMS |
| | **TOTALS** | **5.70** | **$1,786.50** | |

**EXHIBIT F-1**